| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05CR00269-001-PHX-FJM |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR08-0294 SBA |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: MCKINNEY, JAMES ERIC 227 Gertrude Avenue Richmond, CA 94801 | DISTRICT District Of Arizona | DIVISION Phoenix |
| | NAME OF SENTENCING JUDGE Frederick J. Martone | FILED MAY - 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND |
| | DATES OF PROBATION/SUPERVISED RELEASE: | 06/01/2007 to 05/31/2010 |

**OFFENSE**

False Statment in Connection with the Acquisition of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*March 11, 2008*
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 1 2008
Effective Date

*[signature]*
United States District Judge