# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 16, 2008

**FILED**

JUN 2 5 2008

Clerk, U.S. District Court
Northern District of California (Oakland)
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

re:   our number:  05CR00269-001-PHX-FJM (re: Dft James Eric McKinney)
      other Court number: 4:08-cr-00294-SBA-1

Dear Clerk of Court:

Enclosed are transfer documents pursuant to Federal Rules of Criminal Procedure 18:3605. Documents include:

1) Certified Copy of the docket sheet ✓
2) Consent to Transfer Case pursuant to 18:3605 ✓
3) Certified Copy of Indictment/charging document ✓
4) Certified Copy of Judgment and Commitment ✓
5) Other: _____

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to the office.

Sincerely,

RICHARD H. WEARE, DCE/Clerk

By s/Kathy Gerchar
   Kathy Gerchar, Deputy Clerk

I acknowledge receipt of the documents listed above:

By _____ Of The _____ District of _____ Dated _____

Enclosures
cc: Courtroom Deputy/U.S. Attorney/Defense Attorney/U.S. Probation/Pretrial Services/U.S. Marshal

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

```
FILED ___ LODGED
RECEIVED ___ COPY

     JUN 1 3 2008

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____Z DEPUTY
```

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
05CR00269-001-PHX-FJM

DOCKET NUMBER (Rec. Court)
CR08-0294 SBA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| MCKINNEY, JAMES ERIC | District Of Arizona | Phoenix |
|  | NAME OF SENTENCING JUDGE | |
|  | Frederick J. Martone | |
|  | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/01/2007 |

ORIGINAL FILED
MAY - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFENSE

False Statment in Connection with the Acquisition of a Firearm

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_March 11, 2008_                                    _/s/ F.J. Martone_
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 2008                                    _/s/_
Effective Date                                United States District Judge

I hereby attest and certify on _6/18/08_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

```
        FILED         LODGED
        RECEIVED      COPY

        JUN 21 2005

        CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>James Eric McKinney; and<br>Charles Anthony Arrington,<br><br>    Defendants. | **S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>CR05-0269-PHX-FJM<br><br>VIO: 18 U.S.C. §§ 922(g)(1) and<br>   924(a)(2)<br>   (Felon in Possession of Firearms<br>   and Ammunition)<br>   Counts 1 and 2<br><br>   18 U.S.C. § 924(a)(1)(A)<br>   (False Statement in Connection<br>   with the Acquisition of a Firearm)<br>   Count 3<br><br>   18 U.S.C. § 2<br>   (Aid and Abet)<br>   Count 3<br><br>   18 U.S.C. § 924(d) and<br>   28 U.S.C. § 2461<br>   (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

**COUNT 1**

On or about March 29, 2005, in the District of Arizona, JAMES ERIC MCKINNEY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is Transportation/Sale of Controlled Substances, a felony offense, in case number 9325192, in the Superior Court of Contra Costa County, California, did knowingly and unlawfully possess eight (8) Hi Point, model JCP, .40 caliber pistols, five (5) Hi Point, model JHP, .45 caliber pistols, approximately forty-one (41) rounds of American Ammunition, .45 caliber ammunition, and approximately fifty (50) rounds of PMC, .40

1  caliber ammunition, which firearms and ammunition had been shipped and transported in
2  interstate and foreign commerce.
3        In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

5  On or about March 29, 2005, in the District of Arizona, CHARLES ANTHONY
6  ARRINGTON, having been previously convicted of a crime punishable by imprisonment for
7  a term exceeding one year, that is Possession of a Controlled Substance for Sale, a felony
8  offense, in case number 350140, in the Superior Court of Contra Costa County, California,
9  did knowingly and unlawfully possess eight (8) Hi Point, model JCP, .40 caliber pistols, five
10 (5) Hi Point, model JHP, .45 caliber pistols, approximately forty-one (41) rounds of
11 American Ammunition, .45 caliber ammunition, and approximately fifty (50) rounds of
12 PMC, .40 caliber ammunition, which firearms and ammunition had been shipped and
13 transported in interstate and foreign commerce.

## COUNT 3

15 On or about March 29, 2005, Marcos Gonsalez, JAMES ERIC MCKINNEY, and
16 CHARLES ANTHONY ARRINGTON, knowingly made false statements and
17 representations with respect to information required by the provisions of Chapter 44 of Title
18 18, United States Code, to be kept in the records of The Jewel Box, a business licensed under
19 the provisions of Chapter 44 of Title 18, United States Code, in that Marcos Gonsalez
20 executed Department of the Treasury, Bureau of Alcohol, Tobacco, and Firearms Form 4473,
21 Firearms Transaction Record, representing that he was the actual buyer of the firearms
22 indicated on the form, specifically, eight (8) Hi Point, model JCP, .40 caliber pistols, and five
23 (5) Hi Point, model JHP, .45 caliber pistols, when in fact he was not the actual buyer of these
24 firearms, and JAMES ERIC MCKINNEY and CHARLES ANTHONY ARRINGTON aided,
25 abetted, counseled, commanded, induced and procured Gonsalez to make this false
26 statement.
27       In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

# FORFEITURE ALLEGATION

As the result of committing one or more of the foregoing offenses in violation of Title 18 United States Code Sections 2, 922(g)(1), 924(a)(1)(A), and 924(a)(2), alleged in Counts 1 through 3 of this Superseding Indictment, JAMES ERIC MCKINNEY and CHARLES ANTHONY ARRINGTON shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

Eight (8) Hi Point, model JCP, .40 caliber pistols, serial numbers X704789, X713548, X705729, X713579, X714485, X714486, X713577, and X713575; and

Five (5) Hi Point, model JHP, .45 caliber pistols, serial numbers X428273, X426433, X424265, X426412, and X425718.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been co-mingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: June 21, 2005

PAUL K. CHARLTON
United States Attorney
District of Arizona

BILL C. SOLOMON
Special Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

United States of America

v.

James Eric McKinney

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. CR 05-00269-001-PHX-FJM

Brandon Cotto (Appointed)
Attorney for Defendant

USM#: 83903-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/10/2006 to Count Three of the Superseding Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, USC §924(a)(1)(A), False Statement in Connection with the Acquisition of a Firearm, a Class D Felony offense, as charged in Count Three of the Superseding Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **THIRTY (30) MONTHS** on Count Three. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS** on Count Three. The Court recommends that the Bureau of Prisons consider designating the defendant to the State of California if it is otherwise consistent with the Bureau's needs and its evaluation of the defendant's needs.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00    **FINE:** $0.00    **RESTITUTION:** $0.00

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count Three of the Superseding Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

CR 05-00269-001-PHX-FJM
USA vs. James Eric McKinney

Page 2 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THREE (3) YEARS** on Count Three.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

<u>For offenses committed on or after September 13, 1994</u>: The defendant shall refrain from any unlawful use of a controlled substance. Pursuant to 18 USC §3563(a)(5) and 3583(d) the defendant shall submit to one drug test within 15 days of release from imprisonment and such other periodic drug tests thereafter, as directed from time to time by the probation officer.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in 18 U.S.C. §921.

It is the order of the Court that, pursuant to General Order 05-36, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm

CR 05-00269-001-PHX-FJM                                                                Page 3 of 4
USA vs. James Eric McKinney

    or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.

17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

3. You shall complete 100 hours of community service at the rate of not less than 10 hours per month as approved and directed by the probation officer, to be completed within the first 18 months of supervision.

4. You shall abstain from all use of alcohol or alcoholic beverages.

**Forfeiture:**

The defendant's interest in the following property shall be forfeited to the United States:

Eight Hi Point, model JCP, .40 caliber pistols, serial numbers: X704789; X713548; X705729; X713579; X714486; X713577; X713575

Five Hi Point, model JHP, .45 caliber pistols, serial numbers: X428273; X426433; X424265; X426412; X4525718.

All ammunition involved in the commission of the offense.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

CR 05-00269-001-PHX-FJM                                                     Page 4 of 4
USA vs. James Eric McKinney

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Monday, March 27, 2006**

DATED this 28th day of March, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____       By:_____
United States Marshal                                               Deputy Marshal

CC: USA/CNSL(Brandon Cotto)/PROB(2)/PTS/FIN/JUDGE/USM(2 certified)/Order Book

3/28/06 9:56am

CR 05-00269-001-PHX-FJM - McKinney

I hereby attest and certify on 6/18/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By: Kathleen _____ Deputy

F&R, TRANSFER-OUT, VAM

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:05-cr-00269-FJM-1

Case title: USA, et al v. McKinney, et al
Magistrate judge case number: 2:05-mj-00083

Date Filed: 03/31/2005
Date Terminated: 03/29/2006

---

Assigned to: Judge Frederick J Martone

### Defendant (1)

**James Eric McKinney**
*TERMINATED: 03/29/2006*

represented by **Brandon Nelson Cotto**
Law Office of Brandon Cotto
2 N Central Ave
STe 735
Phoenix, AZ 85004
602-443-2220
Email: azattorneybc@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:924(a)(1)(A) - False Statement in Connection with the Acquisition of a Firearm
(3s)

### Disposition

Dft is hereby committed to custody of BOP for a term of 30 mos on count 3, upon release, dft shall be placed on supervised release for a term of 3 yrs on count 3; S/A $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:922(g)(1) and 924(a)(2) Felon in Possession of Firearms and Ammunition; Forfeiture Allegation
(1)

18:922(g)(1) and 924(a)(2) - Felon in Possession of Firearms and Ammunition
(1s)

### Disposition

Dismissed

Dismissed on gov motion

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | |
| --- | --- | --- |
| **United States of America** | represented by | **William C Solomon**<br>US Attorney's Office<br>2 Renaissance Sq<br>40 N Central Ave<br>Suite 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7450<br>Email: william.solomon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/29/2005 | | DEFENDANT James Eric McKinney arrested. James Eric McKinney (1) count(s) cmp [ 2:05-m -83 ] (SMM) (Entered: 03/31/2005) |
| 03/30/2005 | 1 | COMPLAINT filed as to James Eric McKinney [ 2:05-m -83 ] (SMM) (Entered: 03/31/2005) |
| 03/30/2005 | 2 | (FILED: 3/31/05) MINUTES: before Mag Judge Virginia A. Mathis. First appearance of James Eric McKinney; informed of rights, charges, etc. Financial affidavit taken. Appointment of counsel hearing held. Dft James Eric McKinney appears with counsel Brandon Nelson Cotto. Dft temporarily detained. Detention and preliminary hearings set for 4/5/05 at 2:00 PM before Magistrate Judge Lawrence O. Anderson as to James Eric McKinney. [2-3] [ 2:05-m -83 ] (SMM) (Entered: 03/31/2005) |
| 03/31/2005 | 3 | INDICTMENT by USA attorney Bill C Solomon. Counts filed against James Eric McKinney (1) count(s) 1 (KMG) (Entered: 04/05/2005) |
| 04/01/2005 | 4 | NOTICE issued ; arraignment set for 2:00 4/5/05 for James Eric McKinney before Mag Judge Lawrence O. Anderson (KMG) (Entered: 04/05/2005) |
| 04/05/2005 | 5 | ( FILED: 4/6/05) MINUTES: before Mag Judge Lawrence O. Anderson .. dft James Eric McKinney arraigned; Not guilty plea entered; Attorney present; , ; pretrial motions due 4/20/05 for James Eric McKinney ; trial set for 9:00 5/3/05 for James Eric McKinney . Oral argument re: detention held, dft continued detained pending trial as flight risk. [cc: pts, cnsl, cd] [5-3] (DMT) (Entered: 04/06/2005) |
| | | |

| 04/06/2005 | 6 | ORDER of detention pending trial by Mag Judge Lawrence O. Anderson as to James Eric McKinney. [cc:pts, cnsl] re: detention [6-1] (DMT) (Entered: 04/06/2005) |
|---|---|---|
| 04/06/2005 | 7 | CJA Form 20 copy 4 as to James Eric McKinney appointing Brandon Cotto (SAT) (Entered: 04/11/2005) |
| 04/15/2005 | 8 | MOTION for Revocation/Review of Detention Order [8-1] by dft James Eric McKinney (KMG) (Entered: 04/18/2005) |
| 04/18/2005 | 9 | MOTION to continue trial [9-1] by James Eric McKinney , and for extension of time to file pretrial motions [9-2] by James Eric McKinney (CMM) (Entered: 04/18/2005) |
| 04/20/2005 | 10 | ORDER by Judge Frederick J. Martone granting motion to continue trial [9-1] by James Eric McKinney, granting motion for extension of time to file pretrial motions [9-2] by James Eric McKinney ; pretrial motions ddl set for 5/30/05 for James Eric McKinney ; trial set for 9:00 7/6/05 for James Eric McKinney , excludable delay interest of justice started [cc: prob, pts, cnsl] (DMT) (Entered: 04/20/2005) |
| 04/21/2005 | 11 | RESPONSE by pla to motion for Revocation/Review of Detention Order [8-1] by dft James Eric McKinney (DMT) (Entered: 04/22/2005) |
| 04/28/2005 | 12 | MINUTE ORDER re motion for Revocation/Review of Detention Order [8-1] by dft James Eric McKinney ; hearing set for 2:00 5/4/05 for James Eric McKinney, before Judge Martone [12-1] (LCF) (Entered: 04/28/2005) |
| 05/04/2005 | 13 | ( FILED: 5/5/05) MINUTES: before Judge Frederick J. Martone . Ct Rptr: David Lee . hrg held on motion for revocation/review; taking under advisement on 5/4/05 the motion for Revocation/Review of Detention Order [8-1] by dft James Eric McKinney [13-1] (DMT) Modified on 05/06/2005 (Entered: 05/06/2005) |
| 05/04/2005 | 14 | REPLY by dft James Eric McKinney to response to motion for Revocation/Review of Detention Order [8-1] by dft James McKinney as to dft James Eric McKinney (KCS) (Entered: 05/06/2005) |
| 05/12/2005 | 15 | ORDER by Judge Frederick J. Martone denying motion for Revocation/Review of Detention Order [8-1] by dft James Eric McKinney (LAD) (Entered: 05/12/2005) |
| 05/23/2005 | 16 | MOTION for extension of time to file pretrial motions [16-1] by dft James Eric McKinney (KMG) (Entered: 05/24/2005) |
| 05/31/2005 | 17 | ORDER by Judge Frederick J. Martone pursuant to the Defendant's Motion for extension of time to file pretrial motions [16-1] by dft James Eric McKinney, IT IS HEREBY ORDERED continuing the pretrial motion ddl to 6/10/05 ; pretrial motions ddl re-set for 6/10/05 for James Eric McKinney (SAT) (Entered: 05/31/2005) |
| 06/10/2005 | 18 | MOTION to continue trial (2nd req) [18-1] , for extension of time to file pretrial motions [18-2] by James Eric McKinney (LCF) (Entered: 06/10/2005) |

| | | |
|---|---|---|
| 06/13/2005 | 19 | ORDER by Judge Frederick J. Martone granting motion for extension of time to file pretrial motions [18-2] by James Eric McKinney, granting motion to continue trial (2nd req) [18-1] ; pretrial motions ddl re-set for 8/5/05 for James Eric McKinney ; trial re-set for 9:00 9/7/05 for James Eric McKinney , excludable delay interest of justice started (cc: PTS,USA,Dft) (LSP) (Entered: 06/13/2005) |
| 06/21/2005 | 20 | FIRST SUPERSEDING Indictment filed against James Eric McKinney (1) count(s) 1s, 3s; adding Charles Anthony Arrington (2) count(s) 2, 3 (CMM) (Entered: 06/22/2005) |
| 06/22/2005 | 21 | NOTICE issued ; arraignment set for 10:00 6/29/05 for Charles Anthony Arrington before Mag Judge Lawrence O. Anderson (CMM) (Entered: 06/22/2005) |
| 06/22/2005 | 22 | NOTICE issued ; arraignment on first superseding indictment set for 10:00 6/29/05 for James Eric McKinney before Mag Judge Lawrence O. Anderson (CMM) (Entered: 06/22/2005) |
| 06/29/2005 | 23 | Minute Entry for proceedings held before Judge Lawrence O. Anderson. Court Reporter: Courtsmart. Arraignment as to First Superseding Indictment held on 6/29/05 as to James Eric McKinney (1) Count 1s,3s. Motion deadline is 8/5/05; Trial is set 9/7/05 at 9:00 a.m. before Judge Martone. (KSB) (Entered: 07/07/2005) |
| 07/01/2005 | 24 | MOTION for Settlement Conference by dft James Eric McKinney. (MAW) (Entered: 07/07/2005) |
| 07/13/2005 | 26 | ORDER - granting 24 Motion for Settlement Conference as to James Eric McKinney (1). Settlement Conference set for 8/12/2005 at 02:00 PM before Magistrate Judge Virginia A. Mathis. Signed by Judge Frederick J. Martone on 7/12/05. (TLB, ) (Entered: 07/13/2005) |
| 07/13/2005 | | Copy of document number 26, mailed to USMS on this date. (TLB, ) (Entered: 07/13/2005) |
| 08/05/2005 | 30 | MOTION to Suppress by James Eric McKinney. (Cotto, Brandon) (Entered: 08/05/2005) |
| 08/11/2005 | 31 | Minute Order--Settlement Conference set for 8/12/05 is reset to 9/1/2005 at 02:30 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Virginia A. Mathis. (Probation report was not prepared.)(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (VAM, ) (Entered: 08/11/2005) |
| 08/25/2005 | 32 | NOTICE by Charles Anthony Arrington as to James Eric McKinney, Charles Anthony Arrington re 30 MOTION to Suppress (Tate, Loyd) (Entered: 08/25/2005) |
| 08/30/2005 | 33 | First MOTION to Dismiss Counts: Count(s) One and Two of Superseding Indictment by United States of America as to James Eric McKinney, Charles Anthony Arrington. (Solomon, William) (Entered: 08/30/2005) |
| 09/01/2005 | | Minute Entry for proceedings held before Judge Virginia A Mathis: Settlement |

| | | |
|---|---|---|
| | | Conference held. Settlement Conference continued to 9/23/2005 at 2:00 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Virginia A Mathis. Court did not participate. (KAL) (Entered: 09/07/2005) |
| 09/01/2005 | 35 | Minute Entry for proceedings held before Judge Virginia A Mathis: Settlement Conference as to James Eric McKinney held on 9/1/2005. Settlement Conference continued to 9/23/2005 at 2:00 PM in Courtroom 303, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Virginia A Mathis. Court did not participate. CORRECTIVE ENTRY TO PREVIOUS ENTRY THAT HAS NO MAIN DOCUMENT ATTACHED. (KAL) (Entered: 09/07/2005) |
| 09/08/2005 | 37 | ORDER granting 33 Motion to Dismiss Count. Charles Anthony Arrington (2) Count 2 and James Eric McKinney (1) Count 1s dismissed; as to James Eric McKinney (1), Charles Anthony Arrington (2). Signed by Judge Frederick J Martone on 09/07/05. (DNH, ) (Entered: 09/08/2005) |
| 09/12/2005 | 38 | RESPONSE to Motion by United States of America as to James Eric McKinney re 30 MOTION to Suppress (Solomon, William) (Entered: 09/12/2005) |
| 09/23/2005 | 39 | Minute Entry for proceedings held before Judge Virginia A Mathis: Settlement Conference as to James Eric McKinney held on 9/23/2005. Court did not participate. (KAL) (Entered: 10/03/2005) |
| 10/27/2005 | 40 | Minute OrderSet/Reset Hearings Status Conference set for 10/28/2005 02:00 PM before Judge Frederick J Martone as to both defendants. (JBA) (Entered: 10/27/2005) |
| 10/27/2005 | 42 | Minute OrderSet Hearings: Status Conference set for 10/28/2005 02:00 PM before Judge Frederick J Martone. (DNH, ) (Entered: 10/27/2005) |
| 10/28/2005 | 44 | Minute Entry for proceedings held before Judge Frederick J Martone :Status Conference as to James Eric McKinney, Charles Anthony Arrington held on 10/28/2005. Settlement Conference set for 11/22/2005 01:30 PM before Magistrate Judge Virginia A Mathis as to defendant Charles Anthony Arrington. Probation department to prepare report no later than 5 days prior to the scheduled hearing. Copy to USPO by CD on 11/1/2005.(Court Reporter Linda Schroeder-Willis.) (JBA) (Entered: 11/01/2005) |
| 12/12/2005 | 46 | Minute Entry for proceedings held before Judge Frederick J Martone :Status Conference as to James Eric McKinney, Charles Anthony Arrington held on 12/12/2005 Final Pretrial Conference set for 12/15/2005 04:30 PM before Judge Frederick J Martone. (Court Reporter Linda Schroeder-Willis.) (JBA) (Entered: 12/14/2005) |
| 12/15/2005 | 47 | Minute Entry for proceedings held before Judge Frederick J Martone :Final Pretrial Conference as to James Eric McKinney held on 12/15/2005 Jury Trial set for 1/11/2006 09:30 AM before Judge Frederick J Martone. (Court Reporter Linda Schroeder-Willis.) (JBA) (Entered: 12/19/2005) |
| 01/10/2006 | 49 | TEXT ONLY Minute Order(no pdf attached). Defendant McKinney having |

| | | |
|---|---|---|
| | | entered a change of plea this date, IT IS ORDERED vacating firm trial date of 1/11/2006. (JBA) (Entered: 01/10/2006) |
| 01/10/2006 | 50 | CONSENT OF DEFENDANT James Eric McKinney AND ORDER OF REFERRAL to Magistrate Judge Virginia A. Mathis for entry of Plea of Guilty. Signed by Judge Frederick J Martone on 1/3/2006. (LAD) (Entered: 01/11/2006) |
| 01/10/2006 | 51 | Minute Entry for proceedings held before Judge Virginia A Mathis: Change of Plea Hearing as to James Eric McKinney held on 1/10/2006, James Eric McKinney enters plea of guilty to count(s) 3 of the Superseding Indictment; presentence investigation ordered expedited. Sentencing set for 3/27/2006 04:30 PM before Judge Frederick J Martone. (Court Reporter Courtsmart.) (Attachments: # 1 Lodged Plea Agreement) (LAD) (Entered: 01/11/2006) |
| 01/11/2006 | 52 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATONS UPON GUILTY PLEA as to James Eric McKinney. Signed by Judge Virginia A Mathis on 1/10/2006. (LAD) (Entered: 01/11/2006) |
| 01/11/2006 | 53 | MOTION for Reconsideration *of Prior Motion for Revocation of Detention Order* by James Eric McKinney. (Cotto, Brandon) (Entered: 01/11/2006) |
| 01/12/2006 | 54 | RESPONSE to Motion by United States of America as to James Eric McKinney re 53 MOTION for Reconsideration *of Prior Motion for Revocation of Detention Order* (Solomon, William) (Entered: 01/12/2006) |
| 01/20/2006 | 55 | ORDER denying 53 Motion to Reconsider Prior Motio nfor Revocation of Detention Order as to James Eric McKinney (1). Signed by Judge Frederick J Martone on 1/18/2006. (LAD) (Entered: 01/20/2006) |
| 02/27/2006 | 57 | IT IS ORDERED the Sentencing as to James Eric McKinney, presently set for 3/27/2006 at 4:30 is RESET. THIS IS A TIME CHANGE ONLY! Sentencing set for 3/27/2006 at 1:30 PM in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003 before Judge Frederick J Martone.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (KAR) (Entered: 02/27/2006) |
| 03/14/2006 | 61 | NOTICE *of Filing Letters of Support/Recommendation* by James Eric McKinney (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Cotto, Brandon) (Entered: 03/14/2006) |
| 03/27/2006 | 62 | Minute Entry for proceedings held before Judge Frederick J Martone:Sentencing as to James Eric McKinney held on 3/27/2006. Judgment to follow.(Court Reporter Linda Schroeder-Willis). (KAR) (Entered: 03/28/2006) |
| 03/27/2006 | 64 | PLEA AGREEMENT as to James Eric McKinney (KCS) (Entered: 03/30/2006) |
| 03/29/2006 | 63 | JUDGMENT AND COMMITMENT ISSUED as to James Eric McKinney (1), Count(s) 1, Dismissed; Count(s) 1s, Dismissed on gov motion; Count(s) 3s, Dft is hereby committed to custody of BOP for a term of 30 mos on count 3, upon release, dft shall be placed on supervised release for a term of 3 yrs on count 3; S/A $100.00. Signed by Judge Frederick J Martone on 3/28/2006. (LAD) |

| | | |
|---|---|---|
| | | (Entered: 03/29/2006) |
| 06/13/2008 | 72 | Supervised Release Jurisdiction Transferred to Northern District of California as to James Eric McKinney. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Transfer Letter)(KMG) (Entered: 06/18/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/18/2008 11:30:51 | | | |
| PACER Login: | us4935 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cr-00269-FJM |
| Billable Pages: | 5 | Cost: | 0.40 |

I hereby attest and certify on 6/18/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By Kathleen M. _____ Deputy